## E. Kennon v. The State.

Oath to Jury. — When the record fails to show that the jury were sworn, the conviction cannot stand, and the cause must be remanded for a new trial.

Appeal from the District Court of Fayette. Tried below before the Hon. L. W. Moore.

*A. P. Bagby* and *T. J. Paine*, for the appellant.

*Thomas Ball*, Assistant Attorney-General, for the State.

Winkler, J. The record before us fails to disclose that the jury empanelled to try this cause were sworn. Without this the conviction cannot stand. Other errors have not been considered ; but, for the reason that it does not appear that the jury were sworn, or acted under the sanction of an oath in their finding, the judgment is reversed, and the case ordered to be remanded for a new trial.

*Reversed and remanded.*